RECEIVED
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT -5 PM
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)
SBA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C. §§ 1983

Name **PHILLIPS RONALD** —
   (Last)     (First)     (Initial)

Prisoner Number **F82056**

Institutional Address **SAN QUENTIN STATE PRISON SAN QUENTIN, CA 94974**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**C 07 5138**

Ronald Phillips
(Enter the full name of plaintiff in this action.)

vs.

San Quentin State
Prison (medical)
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

[All questions on this complaint form must be answered in order for your action to proceed.]

1. **Exhaustion of Administrative Remedies**

   [Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement **SAN QUENTIN PRISON**

   B. Is there a grievance procedure in this institution?
      YES (X)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES ( )    NO (X)

   D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT
- 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal BECAUSE THEY ARE THE CAUSE FOR MY SEIZURE, BY NOT GIVING ME MY MEDICATION, WHEN THEY KNEW

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. EXPLAINED IN #1

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

RONALD PHILLIPS  SAN QUENTIN CA 94974

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                  - 2 -

1       place of employment.
2   NONE
3
4
5
6                               III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 WHEN I CAME TO SQ, I HAD INFRAUDED THEM THAT
13 I HAVE SEIZURES, PLUS IT IS IN THEIR MEDICAL
14 FILE, SINCE I HAVE ONE HERE, BEFORE, ANYWAY THEY
15 WAITED TWO DAYS BEFORE GIVING IT TO ME, I
16 HAD A SEZIURES IN MY CELL ON THE 2ND FLOOR
17 THEY CAME IN GOT ME, THEY HELD ME AND
18 THEN SENT ME BACK TO MY CELL EVEN
19 THOUGH MY BLOOD PRESSURE WAS HIGH, AND
20 CHLOSTERAL WAS HIGH. WHEN I GOT BACK TO THE
21 CELL I HAD 2 MORE ATTACKS, BAD ENOUGH
22 TO TAKE ME TO AND OUTSIDE HOSPITAL IN
23 PINOLE, AND TO STAY FOR A CUIPLE OF DAYS.
24                       DATE OF SEZIURE 8-6-07
25 IV.   Relief             SQ ARRIVAL 8-3-07
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 So, IM APPLYING FOR A LAW SUIT, →

(margin note: INJURYS 1. SHORT TERM MEMORY LOSS 2. SLURING OF SPEECH)

1. BECAUSE OF THIER NEGLECENC, THIER
2. FOR CAUSEING ME TO HAVE NOT ONE BUT
3. 3 SEZIURES, AND NOT TAKING THE STEPS
4. TO PREVENT SUCH THINGS HAPPING. SO THIER
5. FOR AM ASKING FOR $2.5 MILLION DOLLERS
6. IN DAMAGES, SINCE THEY ARE SUPPOSE TO

7. I declare under penalty of perjury that the foregoing is true and correct. WATCH OUT
8. FOR ME (AND)
9. Signed this **SEPT** day of **21TH**, 20**07**  DIDNT

11. _Ronald Phillips_
12. (Plaintiff's signature)

COMPLAINT                                    - 4 -

Ronald Phillips F 80056
San Quentin Prison
San Quentin, CA
94974

RECEIVED
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States District Court for the Northern District of California,
450 Golden Gate Avenue,
Box 36060
San Francisco, CA 94102

USA FIRST-CLASS FOREVER

UNITED STATES POSTAGE
02 1M
0004248283
MAILED FROM ZIPCODE 94964
$ 00.00
PITNEY BOWES
OCT 01 2007