FILED
07 OCT 18 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD PHILLIPS,
    Plaintiff,

vs.

SAN QUENTIN STATE PRISON (MEDICAL),
    Defendant.

CASE NO. C07 5138 SBA

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, RONALD PHILLIPS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A  Net: N/A

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  KEY MARKET REDWOOD CITY CA 2001
5  $600 PER WEEK / 480 AFTER TAXES
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or                    Yes ___ No ✓
10       self employment
11   b.  Income from stocks, bonds,                 Yes ___ No ✓
12       or royalties?
13   c.  Rent payments?                             Yes ___ No ✓
14   d.  Pensions, annuities, or                    Yes ___ No ✓
15       life insurance payments?
16   e.  Federal or State welfare payments,         Yes ___ No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21     N/A

22  _____

23  3.  Are you married?                            Yes ___ No ✓
24  Spouse's Full Name: N/A
25  Spouse's Place of Employment: ___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

_____

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

_____

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ N/A          Utilities: N/A

Food: $ N/A          Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ |  $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CHILD SUPPORT - RESTUTION
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

DEPT OF CORRECTION SUIT/WRIT OF HABEUS CORPUS( SC 155881A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Oct 10, 2007                    Ronald Phillips
DATE                             SIGNATURE OF APPLICANT

Case Number: C075138

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Ronald Phillips_ for the last six months [prisoner name] _San Quentin Prison_ where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]