FILED

07 NOV -8 PM 1:15  11-8-07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom it may concern

My name is Ronald Phillips and
my Case # C075138 SBA
May new address of where I'm at

C

Ronald Phillips
Case # C075138
address

2560 PULGAS AVE
EAST PALO ALTO CA 94303



UNITED STATES POSTAGE
PITNEY BOWES
$000.410
02 1P
0004583090 NOV 07 2007
MAILED FROM ZIP CODE 94303

RONALD PHILLIPS
2560 PULGAS AVE
E PALO ALTO CA
94303

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102