IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN QUENTIN STATE PRISON, et al.,<br><br>    Defendants.                  / | No. C 07-05138 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. The Clerk of the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

     Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

DATED: 1/16/08

                                                              _Saundra B Armstrong_<br>
                                                             SAUNDRA BROWN ARMSTRONG<br>
                                                             United States District Judge

<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PHILLIPS, | Case Number: CV07-05138 SBA |
|     Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAN QUENTIN STATE PRISON et al, | |
|     Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Phillips
2560 Pulgas Avenue
East Palo Alto, CA 94303

Dated: January 17, 2008

                                 Richard W. Wieking, Clerk
                                 By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Phillips5138.DISIFP.wpd 2